# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| WOLFRAM RESEARCH, INC. and<br>WOLFRAM ALPHA LLC | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-00750-NJ |
|  | ) |
| LODSYS, LLC | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enter an appearance as counsel for Plaintiffs Wolfram Research, Inc. and Wolfram Alpha LLC in the above-captioned action. All pleadings, correspondence, communications and ECF filings should be served upon the undersigned at the addresses below.

Dated: September 20, 2011

Respectfully Submitted,

/s/ Benjamin J. Brdaford
Benjamin J. Bradford
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
bbradford@jenner.com

*Attorney for Plaintiffs*
*Wolfram Research Inc. and*
*Wolfram Alpha, LLC*