UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

WOLFRAM RESEARCH, INC. and, )
WOLFRAM ALPHA LLC )
                                    )
     Plaintiffs )
                                    ) Civil Action No. 2:11-cv-00750-LA
     v. )
LODSYS, LLC, )
                                    )
     Defendant )

_____

## DEFENDANT LODSYS, LLC'S
## MOTION TO DISMISS UNDER FRCP 12(b)(1)

_____

Defendant Lodsys, LLC ("Lodsys") hereby moves, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss the First, Second, and Fourth Claims for Relief against Lodsys in plaintiff Wolfram Research, Inc. and Wolfram Alpha LLC's (collectively, "Wolfram") Complaint for Declaratory Judgment (the "Complaint") for lack of subject matter jurisdiction. As permitted by Rule 12(b), Lodsys files this motion in lieu of an answer and without waiving its right to answer the allegations in Wolfram's Complaint and assert any applicable defenses, affirmative defenses, and counterclaims.

The grounds for this motion are set forth fully in the accompanying Memorandum in Support of Defendant Lodsys, LLC's Motion to Dismiss under FRCP 12(b)(1).

- 1 -

Dated this 7th day of October, 2011.

                s/Aaron T. Olejniczak
                Aaron T. Olejniczak (#1034997)
                ANDRUS, SCEALES, STARKE & SAWALL, LLP
                100 East Wisconsin Avenue, Suite 1100
                Milwaukee, WI 53202
                Telephone: 414-271-7590
                Facsimile: 414-271-5770
                E-mail: aarono@andruslaw.com

                Chris Huck
                Kelley, Donion, Gill, Huck & Goldfarb, PLLC
                701 Fifth Avenue, Suite 6800
                Seattle, WA 98104
                Telephone: 206-452-0260
                Facsimile: 206-397-3062
                E-mail: huck@kdg-law.com
                Attorneys for Defendant Lodsys, LLC