**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| WOLFRAM RESEARCH, INC. and WOLFRAM ALPHA LLC | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:11-cv-00750-NJ |
| v. | ) |
| | ) Judge Lynn Adelman |
| LODSYS, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING SECOND JOINT STIPULATION FOR EXTENSION OF TIME
FOR PLAINTIFFS RESPONSE TO DEFENDANT LODSYS, LLC'S MOTION TO
DISMISS UNDER FRCP 12(b)(1)**

For the reasons set forth in the November 29, 2011 second joint stipulation filed by

Plaintiffs Wolfram Research, Inc. and Wolfram Alpha LLC ("Wolfram") and Defendant Lodsys,

LLC ("Lodsys") to extend the time within which Wolfram must respond to Lodsys's Motion To

Dismiss Under FRCP 12(b)(1) (D.I. 7) and Lodsys must file its reply brief, and for good cause

shown, the stipulation is hereby **GRANTED**.

IT IS HEREBY ORDERED THAT

The deadline which Wolfram must respond to Lodsys's Motion To Dismiss Under FRCP

12(b)(1) is extended to and including December 16, 2011 and the deadline which Lodsys must

file its reply brief is extended to and including January 18, 2011.


Dated November 30, 2011                    s/_____
                                           Lynn Adelman
                                           District Judge